# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 99-1053

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Nebraska. |
| Victor M. Ojeda, also known as | * | |
| Victor Meduras, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: August 23, 1999
Filed: August 26, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Victor M. Ojeda appeals the sentence imposed by the district court after Ojeda pleaded guilty to distribution of 100 or more grams of methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Ojeda contends the district court erroneously applied a two-level weapon enhancement under U.S. Sentencing Guidelines Manual § 2D1.1(b)(1) (1995). The alleged error is unreviewable, however, because the sentence Ojeda received is still a downward departure from the Guidelines range that would have resulted if he had prevailed on his challenge to the weapon enhancement. See United States v. Wyatt, 26 F.3d 863, 864 (8th Cir. 1994) (per curiam).

Accordingly, we affirm the judgment of the district court.

A true copy.

     Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.